

# Court of Appeals

# First District of Texas

## BILL OF COSTS

No. 01-14-00998-CV

**Joel D. Mallory**

**v.**

**J.P. Morgan Chase Bank, N.A. Chase Home Finance, L.L.C. and Codilis & Stawiarski, P.C.**

NO. 2010-64487 IN THE 151ST DISTRICT COURT OF HARRIS COUNTY

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| MT FEE | $10.00 | 04/29/2015 | E-PAID | ANT |
| MT FEE | $15.00 | 04/24/2015 | E-PAID | ANT |
| MT FEE | $10.00 | 03/05/2015 | E-PAID | ANT |
| CLK RECORD | $276.00 | 01/23/2015 | PAID | ANT |
| FILING | $195.00 | 12/17/2014 | NOT PAID | ANT |

**The costs incurred on appeal to the First Court of Appeals Houston, Texas are $506.00.**

*Court costs in this case have been taxed in this Court's judgment*

I, **Christopher A. Prine,** Clerk of the Court of Appeals for the First District of Texas, do hereby certify that this is a true statement of the costs of appeal in this case.

**IN TESTIMONY WHEREOF,** witness my hand and the seal of the Court of Appeals for the First District of Texas, this October 9, 2015.

CHRISTOPHER A. PRINE
CLERK OF THE COURT